# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES PATRICK BOYD,

    Plaintiff

v.

UNITED STATES OF AMERICA,

    Defendant

Case No.: 2:26-cv-01186-APG-DJA

**Order Dismissing Case**

James Patrick Boyd moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. ECF No. 1-1.  However, Boyd's motion states that he was convicted in state court. Because he is not in federal custody, he cannot bring a motion under 28 U.S.C. § 2255. Consequently, I dismiss this case.

I THEREFORE ORDER that Boyd's motion under 28 U.S.C. § 2255 (ECF No. 1-1) is DISMISSED WITHOUT PREJUDICE.  Boyd is denied a certificate of appealability, as jurists of reason would not find dismissal of this matter to be debatable or wrong.

I FURTHER ORDER the clerk of court to send Boyd (1) the approved form and instructions for filing a 42 U.S.C. § 1983 complaint, (2) the approved form and instructions for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254, and (3) the approved form and instructions for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241.  If Boyd chooses to pursue further relief, he must file a new case.

I FURTHER ORDER the clerk of court to close this case.

DATED this 21st day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE